## Edward L. Foertsch, Appellant, v. Charles E. Fox et al., Appellees.

### Gen. No. 44,826.

opinion filed June 29, 1949; released for publication

July 18, 1949. Richard C. Lindberg, for appellant; Lloyd C. Whitman, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellees; L. Louis Karton, Head of Appeals and Review Division, Maurice J. Nathanson, Herman Smith and Arthur Magid, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.